UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------X
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,                         :    11 Civ. 6493 (PGS) (TJB)
                                          :
                     Plaintiff,           :
                                          :
   - against -                           :
                                          :
IN TOUCH CONCEPTS, INC., d/b/a            :
ZCOM WIRELESS,                            :
                   Defendant.           :
                                          :
                                          :
----------------------------------------------------------------X    **ORDER**
IN TOUCH CONCEPTS, INC., d/b/a ZCOM,      :
                                          :    12 Civ. 542 (PGS) (TJB)
                                          :
                   Plaintiff,           :
                                          :
   - against -                           :
                                          :
CELLCO PARTNERSHIP d/b/a VERIZON          :
WIRELESSS, *et al.*,                      :
                                          :
                   Defendants.          :
----------------------------------------------------------------X

      This matter having been brought on by the Court soliciting the parties' input on a proposed transfer of these actions to the United States District Court for the Southern District of New York, and the Court having found that (a) venue of these actions in the United States District Court for the Southern District of New York would be proper, pursuant to 28 U.S.C. § 1391(b)(1) and (2); (b) transfer of venue to the United States District Court for the Southern District of New York would be appropriate, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and the witnesses, and in the interests of justice; and (c) the public and private interest factors set forth in *Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir. 1995), support a transfer of venue to the United States District Court for the Southern District of New

2

York, with particular weight given to (1) the forum preferences of several of the parties to the actions, (2) the relative presence of the parties in New York, as compared to the relative absence of several of the parties from New Jersey, (3) the location in New York of many of the events described in the pleadings, and (4) the greater familiarity of the courts in the United States District Court for the Southern District of New York with the application of New York law to the claims at issue; and no party having objected to the transfer of venue of these actions to the United States District Court for the Southern District of New York; and for good cause shown

It is on this ___1___ day of ___March___, 2013:

ORDERED that the Clerk is directed to transfer these actions to the United States District Court for the Southern District of New York.

_____
HON. PETER G. SHERIDAN
United States District Judge